**Order entered October 26, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01048-CR

**DAVID TANNER WATKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-31440-P**

## ORDER

Appellant timely appealed the trial court's March 29, 2016 judgment; however, we did not receive his notice of appeal until September 6, 2017. The following day, we notified court reporter Lisabeth Kellett that the record was overdue and directed her to file it by October 7, 2017. To date, the reporter's record has not been filed, and we have had no communication from Ms. Kellett.

We **ORDER** court reporter Lisabeth Kellett to file the complete reporter's record in this appeal within **TWENTY DAYS** of the date of this order. We caution Ms. Kellett that the failure to file the reporter's record by that time will result in the Court utilizing whatever remedies it has

available, including ordering that she not sit until the complete reporter's record in these appeals is filed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Teresa Hawthorne, Presiding Judge, 203rd Judicial District Court; to Lisabeth Kellett, official court reporter, 203rd Judicial District Court; and to counsel for all parties

/s/     LANA MYERS
        JUSTICE